# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | | | |
|---|---|---|---|
| **SHERRY L. STIPSAK** | Debtor(s) | Chapter: | **13** |
| **SHERRY L. STIPSAK** | Movant(s) vs. | Case Number: | **5-15-bk-03281 RNO** |
| **NOBEL OPPORTUNITY FUND II, LP, SUCCESSOR IN INTEREST BY WAY OF PURCHASE FROM FIRST NATIONAL BANK/METRO BANK; GIRL SCOUTS IN THE HEART OF PENNSYLVANIA; YORK COUNTY TAX CLAIM BUREAU; YORK TRADITIONS BANK; CHARLES J. DEHART, III, ESQUIRE, CHAPTER 13 TRUSTEE** | Respondent(s) | Document No.: | **100** |
| | | Nature of Proceeding: | **Amended Motion for Expedited Consideration** |

# ORDER

After due consideration of the Debtor's Amended Motion for Expedited Consideration of Motion for Approval of Sale of Real Estate Free and Clear of Liens, Encumbrances, Claims, and Obligations ("Amended Motion for Expedited Consideration"), filed to Docket No. 100, regarding the Debtor's Amended Motion for an Order Approving Sale of Property of the Estate Free and Clear of Liens and Encumbrances and Approving Broker's Commission ("Amended Motion for Sale"), it is

ORDERED that the Amended Motion for Expedited Consideration is GRANTED and hearing on the Amended Motion for Sale is rescheduled for **Wednesday, July 27, 2016**, at **9:30 a.m.**, in Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania; and,

FURTHER ORDERED that any objections to the Amended Motion for Sale shall be filed no later than July 25, 2016, at 5:00 p.m.; and,

FURTHER ORDERED that Movant shall immediately cause a copy of this Order to be served upon creditors and parties in interest, and any known creditor's counsel, by

electronic and/or facsimile service. The Movant shall file a certificate of service with the Court, no later than Monday, July 18, 2016, at 4:00 p.m., showing that service in accordance with this Order has been properly effectuated.

Parties/counsel wishing to appear telephonically for the above-scheduled hearing may utilize CourtCall, an independent conference call company. The procedures for use of CourtCall are available at this Court's webpage at www.pamb.uscourts.gov.

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge
(BI)

Date: July 15, 2016