```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                         Case No. 15-03281-RNO
Sherry L. Stipsak                                              Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: CGambini           Page 1 of 1            Date Rcvd: Jan 25, 2017
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2017.
db             +Sherry L. Stipsak,    830 Clare Lane,   York, PA 17402-4316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Henry W Van Eck    on behalf of Creditor    Metro Bank, N.A. hwvaneck@mette.com, smramsey@mette.com
              Joshua I Goldman    on behalf of Creditor   Colonial Savings FA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kathryn Leanne Mason    on behalf of Creditor   First National Bank of PA klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Lawrence V. Young    on behalf of Debtor Sherry L. Stipsak lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com
              Matthew C Samley    on behalf of Creditor   Community First Fund mcs@trustmattersmost.com,
               paralegal@trustmattersmost.com
              Paul C Bametzreider    on behalf of Creditor   Synergy Employment Group, Inc.
               paulb@reillywolfson.com, bhaase@reillywolfson.com
              Steven M. Carr   on behalf of Creditor    Nobel Opportunity Fund II, LP stevecarr8@comcast.net,
               njdodson@comcast.net
              Thomas I Puleo    on behalf of Creditor   Colonial Savings FA tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
SHERRY L. STIPSAK  Case No. 1-15-bk-03281RNO
aka Sincerely Yours Personal
Care Boarding Home I  Chapter 13
aka Sincerely Yours Personal
Care Boarding Home II

## ORDER CONVERTING
## CHAPTER 13 BANKRUPTCY
## TO CHAPTER 7 BANKRUPTCY

UPON CONSIDERATION of a review of the Motion to Convert Case from one under Chapter 13 to one under Chapter 7, and it appearing that the Debtor is entitled to convert, it is hereby

ORDERED THAT the within case is converted to one under Chapter 7

By the Court,

Dated: January 25, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)