```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                   Case No. 15-03281-RNO
Sherry L. Stipsak                                                        Chapter 7
          Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: BWagner                Page 1 of 4                  Date Rcvd: Feb 03, 2017
                               Form ID: 309A                Total Noticed: 108


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
db             +Sherry L. Stipsak,    830 Clare Lane,    York, PA 17402-4316
aty            +Henry W Van Eck,    Mette, Evans, & Woodside,    3401 North Front Street,
                 Harrisburg, PA 17110-1462
aty            +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Kathryn Leanne Mason,    JSDC Law Offices,    P.O. Box 650,   Hershey, PA 17033-0650
aty            +Matthew C Samley,    Reese Samley Wagenseller Mecum & Longer,    120 North Shippen Street,
                 Lancaster, PA 17602-2926
aty             Paul C Bametzreider,    Reilly Wolfson,    1601 Cornwall Road,   Lebanon, PA 17042-7460
aty            +Steven M. Carr,    Ream, Carr, Markey & Woloshin LLP,    119 East Market Street,
                 York, PA 17401-1221
aty            +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Leon P. Haller (Trustee),    Purcell, Krug and Haller,    1719 North Front Street,
                 Harrisburg, PA 17102-2392
cr             +Nobel Opportunity Fund II, LP,    1817 Olde Homestead Lane,    Lancaster, PA 17601-6751
4722424        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4677528       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: COLUMBIA GAS,     P.O. BOX 742510,   CINCINNATI, OH 45274)
4677529        +COLUMBIA GAS,    PO BOX 910,   SMITHFIELD, PA 15478-0910
4677532        +COMMUNITY FIRST FUND,    30 WEST ORANGE STREET,    PO BOX 524,   LANCASTER, PA 17608-0524
4677533        +COMMUNITY FIRST FUND,    226 E. MARKET STREET, #2,    YORK, PA 17403-2001
4797983         Colonial National Mortgage,    2626 B West Freeway,    Fort Worth, TX 76102
4681824        +Community First Fund,    PO Box 524,    Lancaster, PA 17608-0524
4677534        +DANIEL SYRON,    3545 KINGSTON ROAD,    YORK, PA 17402-4239
4735632        +FMA ALLIANCE, LTD.,    12339 CUTTEN ROAD,    HOUSTON, TX 77066-1807
4677542        +FREDERIC I. WEINBERG, ESQ.,    375 E. ELM STREET,    SUITE 210,   CONSHOHOCKEN, PA 19428-1973
4758702        +First National Bank of PA,    c/o Kathryn L. Mason, Esquire,    P.O. Box 650,
                 Hershey, PA 17033-0650
4758703        +First National Bank of PA,    c/o Kathryn L. Mason, Esquire,    P.O. Box 650,   Hershey, PA 17033,
                 First National Bank of PA,    c/o Kathryn L. Mason, Esquire 17033-0650
4735633        +GIRL SCOUTS IN THE HEART OF PA,    350 HALE AVENUE,    HARRISBURG, PA 17104-1518
4677544        +HEATHER Z. KELLY, ESQUIRE,    METTE, EVANS & WOODSIDE,    3401 NORTH FRONT STREET,
                 HARRISBURG, PA 17110-1462
4677546        +JOHN R. ELLIOTT, ESQ.,    117 E. MARKET STREET,    YORK, PA 17401-1221
4677516        +LAWRENCE V. YOUNG,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4735635         LIGHTING & MAINTENANCE SOLUTIONS,     3704 BENEFIT ST.,   BALTIMORE, MD 21224
4677549        +MARK HESS,    1892 CHURCH ROAD,    YORK, PA 17408-1508
4677550        +MEDICAL DATA SYSTEMS,    645 WALNUT ST STE 5,    GADSDEN, AL 35901-4173
4677551         MET ED,   P.O. BOX 3687,    AKRON, OH 44309-3687
4677553         MET-ED,   76 S. MAIN STREET,    AKRON, OH 44308-1890
4677554       #+METRO BANK,    3801 PAXTON ST,   HARRISBURG, PA 17111-1418
4677555       #+METRO BANK,    LOAN SERVICING DEPT.,    3801 PAXTON STREET,   HARRISBURG, PA 17111-1418
4677556        #METRO BANK,    PO BOX 4999,    HARRISBURG, PA 17111-0999
4677557        +METRO BANK,    3109 CAPE HORN ROAD,    RED LION, PA 17356-8811
4677558         METRO BANK CARDMEMBER SERVICE,    PO BOX 790408,   SAINT LOUIS, MO 63179-0408
4677552       ++METROPOLITAN EDISON COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,   BUILDING 3,
                 RED BANK NJ 07701-5688
                 (address filed with court: MET-ED,     P.O. BOX 16001,   READING, PA 19612-6001)
4677560        +METTE, EVANS & WOODSIDE,    3401 NORTH FRONT STREET,    HARRISBURG, PA 17110-1462
4677559         METTE, EVANS & WOODSIDE,    PO BOX 5950,    HARRISBURG, PA 17110-0950
4735636        +MICHAEL NOEL, CPA,    141 BROADWAY, #210,    HANOVER, PA 17331-2547
4679983       #+Metro Bank, N.A.,    3801 Paxton Street,    Harrisburg, PA 17111-1418
4706836        +Midland Credit Management, Inc. as agent for,     MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
4677561        +NEIL A. SLENKER, ESQ.,    SUSQUEHANNA COMMERCE CENTER EAST,    221 W. PHILADELPHIA ST, STE E600,
                 YORK, PA 17401-2991
4677562        +ONEMAIN FINANCIAL,    PO BOX 499,   HANOVER, MD 21076-0499
4677564        +ONEMAIN FINANCIAL,    1000 CARLISLE STREET,    SUITE 14B,   HANOVER, PA 17331-1122
4677566        +ONEMAIN FINANCIAL,    2148 WHITE ST #7,    YORK, PA 17404-4955
4677518        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4677567        +PEGGY M. MORCOM, ESQ.,    1601 CORNWALL ROAD,    LEBANON, PA 17042-7406
4735637         PERFORMANCE GROUP INC,    ATTN THOMAS E READDY PRES,    22 E MAIN STREET,   EPHRATA, PA  17522
4677568         REILLY WOLFSON SHEFFEY SCHRUM LLP,    1601 CORNWALL ROAD,    LEBANON, PA 17042-7406
4677517        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4677574        +SHERDON LLC,    830 CLARE LANE,    YORK, PA 17402-4316
4677575       #+SINCERELY YOURS,    1600 MOUNT ZION RD.,    YORK, PA 17406-7068
4677576        +SINCERELY YOURS HOME,    830 CLARE LANE,    YORK, PA 17402-4316
4677579       #+SINCERELY YOURS HOME INC.,    1600 MOUNT ZION RD.,    YORK, PA 17406-7068
4677578        +SINCERELY YOURS HOME INC.,    1406 THIRD AVE.,    YORK, PA 17403-1907
4735638        +SMALL BUSINESS ADMINISTRATION,    ROBT N C FIX FEDERAL BLDG,    900 W MARKET ST  5TH FL,
                 PHILADELPHIA, PA 19107-4214
```

```
4735639       ++++SMALL BUSINESS ADMINISTRATION,   SEDA-COG,   201 FURNACE RD,   LEWISBURG PA   17837-8043
              (address filed with court:  SMALL BUSINESS ADMINISTRATION,   SEDA-COG,   RR #1 BOX 372,
              LEWISBURG, PA 17837)
4677581        STOCK & LEADER P.C.,    SUSQUEHANNA COMMERCE CENTER EAST,    221 W. PHILADELPHIA, STE. 600,
               YORK, PA 17401-2994
4677584        SYNCHRONY BANK/LOWES,    7840 ROSWELL RD.,    ROSWELL, GA 30076
4677585       +SYNERGY EMPLOYMENT GROUP, INC.,    224 SOUTH 9TH STREET,    LEBANON, PA 17042-5947
4851770       +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
4677586       +TIM GETTYS,   201 GROSS AVENUE,    DOVER, PA 17315-1317
4677588       +VERIZON WIRELESS,    PO BOX 49,    LAKELAND, FL 33802-0049
4677591        WELLSPAN,   YORK HOSPITAL,    3350 WHITEFORD ROAD,    YORK, PA 17402-9081
4677592       +WELLSPAN HEALTH,    1001 S. GEORGE STREET,    YORK, PA 17403-3676
4677593       +YORK COUNTY TAX CLAIM BUREAU,    28 EAST MARKET STREET,    ROOM 110,    YORK, PA 17401-1587
4677595       +YORK TRADITIONS BANK,    226 PAULINE DRIVE,    PO BOX 3658,    YORK, PA 17402-0136
4677594       +YORK TRADITIONS BANK,    235 ST. CHARLES WAY,    YORK, PA 17402-4636
4735642       +YORK WATER CO.,    130 E. MARKET STREET,    YORK, PA 17401-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: lyoung@cgalaw.com Feb 03 2017 19:18:02     Lawrence V. Young,    CGA Law Firm,
               135 North George Street,    York, PA   17401
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Feb 03 2017 19:18:19     United States Trustee,
               228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4710992        EDI: AIS.COM Feb 03 2017 19:18:00      American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK   73124-8838
4677524        EDI: BANKAMER.COM Feb 03 2017 19:18:00      BANK OF AMERICA,    PO BOX 5170,
               SIMI VALLEY, CA 93062-5170
4677522        EDI: BANKAMER.COM Feb 03 2017 19:18:00      BANK OF AMERICA,    PO BOX 15710,
               WILMINGTON, DE 19886-5710
4677520        EDI: BANKAMER.COM Feb 03 2017 19:18:00      BANK OF AMERICA,    PO BOX 982235,
               EL PASO, TX 79998
4677521        EDI: BANKAMER.COM Feb 03 2017 19:18:00      BANK OF AMERICA,    PO BOX 982238,
               EL PASO, TX 79998-2238
4677541        EDI: BANKAMER.COM Feb 03 2017 19:18:00      FIA CARD SERVICES,    PO BOX 982235,
               EL PASO, TX 79998-2235
4677523       +EDI: BANKAMER.COM Feb 03 2017 19:18:00      BANK OF AMERICA,    655 PAPERMILL RD.,
               NEWARK, DE 19711-7500
4677526       +E-mail/Text: bankruptcydesk@colonialsavings.com Feb 03 2017 19:18:24     COLONIAL SAVINGS,
               2626 WEST FREEWAY,    MORTGAGE SERVICES DEPT., BLDG B,    FORT WORTH, TX 76102-7109
4677527       +E-mail/Text: bankruptcydesk@colonialsavings.com Feb 03 2017 19:18:24
               COLONIAL SAVINGS & LOAN,    2600 WEST FWY,    FORT WORTH, TX 76102-7109
4677531        E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 03 2017 19:18:27
               COMCAST CABLE,    PO BOX 3006,    SOUTHEASTERN, PA 19398-3006
4677540        EDI: BANKAMER.COM Feb 03 2017 19:18:00      FIA CARD SERVICES,    PO BOX 15019,
               WILMINGTON, DE 19886-5019
4677543       +EDI: RMSC.COM Feb 03 2017 19:18:00      GE CAPITAL RETAIL BANK,    ATTN: BANKRUPTCY DEPT.,
               PO BOX 103104,    ROSWELL, GA 30076-9104
4677519        EDI: IRS.COM Feb 03 2017 19:18:00      INTERNAL REVENUE SERVICE,
               CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
4677547        EDI: RMSC.COM Feb 03 2017 19:18:00      LOWE'S BUSINESS ACCOUNT,    PO BOX 530970,
               ATLANTA, GA 30353-0970
4677548       +EDI: RMSC.COM Feb 03 2017 19:18:00      LOWES/SYNCHRONY BANK,    ATTN: BANKRUPTCY DEPT.,
               P.O. BOX 965005,    ORLANDO, FL 32896-5005
4677563        EDI: AGFINANCE.COM Feb 03 2017 19:18:00      ONEMAIN FINANCIAL,    PO BOX 183172,
               COLUMBUS, OH 43218-3172
4677565       +EDI: AGFINANCE.COM Feb 03 2017 19:18:00      ONEMAIN FINANCIAL,    PO BOX 70911,
               CHARLOTTE, NC 28272-0911
4710410        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2017 19:18:14
               Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
               Harrisburg P A 17128-0946
4677569       +EDI: RMSC.COM Feb 03 2017 19:18:00      SAM'S CLUB,    ATTN: BANKRUPTCY DEPARTMENT,
               PO BOX 105968,    ATLANTA, GA 30348-5968
4677570        EDI: RMSC.COM Feb 03 2017 19:18:00      SAM'S CLUB/SYNCHRONY BANK,    PO BOX 530981,
               ATLANTA, GA 30353-0981
4677573        EDI: SEARS.COM Feb 03 2017 19:18:00      SEARS CREDIT CARDS,    P O BOX 6924,
               THE LAKES, NV 88901-6924
4677571        EDI: SEARS.COM Feb 03 2017 19:18:00      SEARS CREDIT CARDS,    P O BOX 183082,
               COLUMBUS, OH 43218-3082
4677572        EDI: SEARS.COM Feb 03 2017 19:18:00      SEARS CREDIT CARDS,    P O BOX 6282,
               SIOUX FALLS, SD 57117-6282
4677582        EDI: RMSC.COM Feb 03 2017 19:18:00      SYNCHRONY BANK,    PO BOX 960061,
               ORLANDO, FL 32896-0061
4677583        EDI: RMSC.COM Feb 03 2017 19:18:00      SYNCHRONY BANK,    PO BOX 965004,
               ORLANDO, FL 32896-5004
4730963        EDI: RMSC.COM Feb 03 2017 19:18:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
               25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
4677525        EDI: USBANKARS.COM Feb 03 2017 19:18:00      CARDMEMBER SERVICE,    PO BOX 6335,
               FARGO, ND 58125-6335
4677537        EDI: USBANKARS.COM Feb 03 2017 19:18:00      ELAN FINANCIAL SERVICES,    P.O. BOX 2066,
               MILWAUKEE, WI 53201
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4677538        EDI: USBANKARS.COM Feb 03 2017 19:18:00      ELAN FINANCIAL SERVICES,    P.O. BOX 590,
               WAUKEGAN, IL 60079-0590
4677539        EDI: USBANKARS.COM Feb 03 2017 19:18:00      ELAN FINANCIAL SERVICES,    P.O. BOX 6335,
               FARGO, ND 58125-6335
4677536        EDI: USBANKARS.COM Feb 03 2017 19:18:00      ELAN FINANCIAL SERVICES,    PO BOX 790084,
               SAINT LOUIS, MO 63179
4677587       +EDI: VERIZONEAST.COM Feb 03 2017 19:18:00    VERIZON BANKRUPTCY DEPARTMENT,
               500 TECHNOLOGY DRIVE,     SUITE 550,    WELDON SPRING, MO 63304-2225
4677589        EDI: VERIZONWIRE.COM Feb 03 2017 19:18:00    VERIZON WIRELESS,    PO BOX 25505,
               LEHIGH VALLEY, PA 18002-5505
4677590       +EDI: VERIZONWIRE.COM Feb 03 2017 19:18:00    VERIZON WIRELESS,    20 ALEXANDER DRIVE,
               PO BOX 5029,    WALLINGFORD, CT 06492-7529
4735640        E-mail/Text: kcm@yatb.com Feb 03 2017 19:18:06      YORK ADAMS TAX BUREAU,    1405 N. DUKE STREET,
               PO BOX 15627,    YORK, PA 17405-0156
4735641       +E-mail/Text: kcm@yatb.com Feb 03 2017 19:18:06      YORK ADAMS TAX BUREAU*,    PO BOX 15627,
               YORK, PA 17405-0156
                                                                                               TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4677535        DONALD J. STIPSAK (DECEASED)
4712578        Synergy Employment Group, Inc.
tr*           +Leon P. Haller (Trustee),    Purcell, Krug and Haller,    1719 North Front Street,
               Harrisburg, PA 17102-2392
cr*           +Community First Fund,    PO Box 524,   Lancaster, PA 17608-0524
cr*           +First National Bank of PA,    c/o Kathryn L. Mason, Esquire,    P.O. Box 650,
               Hershey, PA 17033-0650
cr*           +Metro Bank, N.A.,    3801 Paxton Street,   Harrisburg, PA 17111-1418
cr*            Performance Group Inc,    Attn Thomas E Readdy Pres,    22 E MAin Street,    Ephrata, PA  17522
cr*           +Synergy Employment Group, Inc.,    224 South 9th Street,    Lebanon, PA 17042-5947
4677530*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: COLUMBIA GAS OF PA,     200 CIVIC CENTER DR,    11TH FLOOR,
               COLUMBUS, OH 43215)
4712990*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of PA Inc,     PO Box 117,   Columbus, OH 43216)
4677545*      +HEATHER Z. KELLY, ESQUIRE,    METTE, EVANS & WOODSIDE,    3401 NORTH FRONT STREET,
               HARRISBURG, PA 17110-1462
4679984*      +Metro Bank, N.A.,    3801 Paxton Street,   Harrisburg, PA 17111-1418
4677515*      +SHERRY L. STIPSAK,    830 CLARE LANE,   YORK, PA 17402-4316
4677577*      +SINCERELY YOURS HOME INC.,    830 CLARE LANE,   YORK, PA 17402-4316
4677580*      +SINCERELY YOURS HOME, INC.,    830 CLARE LANE,   YORK, PA 17402-4316
4735634       ##+LIGHTING & MAINTENANCE SOLUTIONS,    PO BOX 42440,   TOWSON, MD 21284-2440
                                                                                   TOTALS: 2, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2017 at the address(es) listed below:

```
          Henry W Van Eck    on behalf of Creditor    Metro Bank, N.A. hwvaneck@mette.com,    smramsey@mette.com
          Joshua I Goldman    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kathryn Leanne Mason    on behalf of Creditor    First National Bank of PA klm@jsdc.com,
           cls@jsdc.com;eaf@jsdc.com
          Lawrence V. Young    on behalf of Debtor Sherry L. Stipsak lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
           m;kbrayboy@cgalaw.com
          Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Matthew C Samley    on behalf of Creditor    Community First Fund mcs@trustmattersmost.com,
           paralegal@trustmattersmost.com
          Paul C Bametzreider    on behalf of Creditor    Synergy Employment Group, Inc.
           paulb@reillywolfson.com,    bhaase@reillywolfson.com
          Steven M. Carr    on behalf of Creditor    Nobel Opportunity Fund II, LP stevecarr8@comcast.net,
           njdodson@comcast.net
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com,    pa31@ecfcbis.com
          Thomas I Puleo    on behalf of Creditor    Colonial Savings FA tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Sherry L. Stipsak** | Social Security number or ITIN **xxx–xx–6685** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | Date case filed in chapter **13**  **July 31, 2015** |
| Case number: | **1:15–bk–03281–RNO** | Date case converted to chapter **7**  **January 25, 2017** |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sherry L. Stipsak | |
| 2. | **All other names used in the last 8 years** | aka Sincerely Yours Personal Care Boarding Home I, aka Sincerely Yours Personal Care Boarding Home II | |
| 3. | **Address** | 830 Clare Lane<br>York, PA 17402 | |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence V. Young<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | Contact phone 717 848–4900<br>Email: lyoung@cgalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Leon P. Haller (Trustee)<br>Purcell, Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102 | Contact phone 717 234–4178<br>Email: lhaller@pkh.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 | Hours open Monday – Friday 9:00 AM to 4:00 PM  Contact phone (717) 901–2800  Date: February 3, 2017 |
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 13, 2017 at 08:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** **Valid photo identification and proof of social security number are required** *** | Location:  **Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** May 12, 2017 |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                                   page **2**

Case 1:15-bk-03281-RNO    Doc 129    Filed 02/05/17    Entered 02/06/17 00:45:50    Desc Imaged Certificate of Notice    Page 6 of 6