**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     SHERRY L. STIPSAK | : | Chapter 13 |
| | : | |
|     Debtors | : | Case No.: 1:15-03281-RNO |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Henry W. Van Eck, Esquire as counsel for Creditor, **First National Bank**, in the above-captioned matter.

                                      Respectfully submitted,

                                      METTE, EVANS & WOODSIDE

                                      */S/ Henry W. Van Eck*

Date: March 27, 2017        By: _____
                                        Henry W. Van Eck, Esquire
                                        3401 N. Front Street
                                        Harrisburg, PA 17112
                                        Telephone: (717) 232-5000

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE UNDER BANKRUPTCY RULES 9010, 2002 AND 9007

PLEASE TAKE NOTICE that the undersigned appears for **First National Bank**, Creditor to Debtor in the above stated case, and pursuant to Bankruptcy Rules 2002, 9007, and 9010, requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned, at the address hereinafter stated.

THE UNDERSIGNED REQUESTS THAT an entry be made on the Clerk's Matrix system to include the undersigned's name and address for mailing notices.

PLEASE TAKE FURTHER NOTICE, that pursuant to the foregoing Bankruptcy Rules, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices on any application, motion, petition, pleading, request, complaints or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the rights and obligations of the above referenced creditor, property or proceedings thereof which the Debtor may claim or assert an interest in, in any way, or which require or seek to require any act, delivery of any property, payment or other conduct by said Debtor. Please serve all notices as follows:

        Vera N. Kanova, Esquire
        Mette, Evans & Woodside
        3401 N Front St, PO Box 5950
        Harrisburg, PA  17110-0950

Respectfully submitted,

METTE, EVANS & WOODSIDE

Date:  March 27, 2017    By: */S/ Vera N. Kanova*

Vera N. Kanova, Esquire
3401 N. Front Street
Harrisburg, PA  17110
Telephone:  (717) 232-5000
*Attorney for First National Bank*

1051114v1