**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     SHERRY L. STIPSAK | : | Chapter 13 |
| | : | |
|     Debtors | : | Case No.: 1:15-03281-RNO |

## AMENDED WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Henry W. Van Eck, Esquire as counsel for Creditor, **Metro Bank**, in the above-captioned matter.

                                        Respectfully submitted,

                                        METTE, EVANS & WOODSIDE

                                        */S/ Henry W. Van Eck*

Date: March 28, 2017           By: _____
                                              Henry W. Van Eck, Esquire
                                              3401 N. Front Street
                                              Harrisburg, PA 17112
                                              Telephone: (717) 232-5000