# EXHIBIT H

UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

**REPORT OF PRIVATE SALE**
**(For Chapter 7, 11 and 13 cases)**

CASE CAPTION: : Chapter 13
   Sherry Stipsak :
          Debtor in Possession : Case No. 1-15-bk-03281

1. DATE OF SALE: 11/20/2015  DEBTOR'S ATTORNEY: Lawrence V. Young, Esquire

2. ATTORNEY FOR CREDITORS' COMMITTEE: N/A

3. DESCRIPTION OF ASSETS:  Real Estate at: 1600 Mt. Zion Road, York, PA

4. REASON FOR ACCEPTANCE OF PRIVATE OFFER IN LIEU OF PUBIC SALE: Higher sale price.

5. VALUE OF PROPERTY: $2,180,000.00  HOW OBTAINED: Purchase Offer
                                                       (Appraisal or Otherwise)

6. PURCHASE PRICE $2,180,000.00  NAME OF PURCHASER: White Deer Run, LLC

7. HOW WAS PURCHASER OBTAINED: Through Realtor

8. PURCHASER'S RELATIONSHIP TO DEBTOR: N/A

9. EXPENSES OF SALE: $32,430.44  NET AMOUNT REALIZED: $0.00
   (Attach itemization or real estate settlement sheet)

10. WERE THERE ANY OBJECTIONS MADE TO THE SALE? No IF SO, STATE NAME OF OBJECTOR, REASON FOR OBJECTION, OBJECTOR'S RELATION TO DEBTOR AND OUTCOME OF HEARING, IF ANY:

Lawrence V. Young, Esquire                 /s/Lawrence V. Young, Esquire
                                                            Signature
Date: August 4, 2016

(File original with Clerk's Office within five (5) days of sale, even if objection is filed, with copy to U.S. Trustee)
UST-PA-MD-6
(Apr. 1988)

{01161438/1}

# A. Settlement Statement

**U.S. Department of Housing and Urban Development**

OMB Approval No. 2502-0265

## B. Type of Loan

| | | |
|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. |
| 4. ☐ VA | 5. ☐ Conv. Ins. | |

6. File Number: T-25183
7. Loan Number:
8. Mortgage Insurance Case Number:

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

**D. Name and Address of Borrower**
White Deer Run LLC

**E. Name and Address of Seller**
Sherry L. Stipsak

**F. Name and Address of Lender**

**G. Property Location**
1600 Mt. Zion Road
York, PA 17406
Springettsbury Township

**H. Settlement Agent**
Stock and Leader

**Place of Settlement**
221 West Philadelphia Street
Suite 600
York, PA 17401

**I. Settlement Date**
07/29/16
DD: 07/29/16

## J. SUMMARY OF BORROWER'S TRANSACTION:

### 100. GROSS AMOUNT DUE FROM BORROWER

| | | |
|---|---|---:|
| 101. | Contract sales price | 2,180,000.00 |
| 102. | Personal property | |
| 103. | Settlement charges to borrower (line 1400) | 32,430.44 |
| 104. | | |
| 105. | Tangible Assets | 70,000.00 |

**Adjustments for items paid by seller in advance**

| | | | |
|---|---|---|---:|
| 106. | City/town taxes | 07/29/2016 to 12/31/2016 | 906.82 |
| 107. | County taxes | 07/29/2016 to 12/31/2016 | 4,253.84 |
| 108. | School taxes | 07/29/2016 to 06/30/2017 | 33,110.99 |
| 109. | Sewer | 07/29/2016 to 09/30/2016 | 46.61 |
| 110. | Refuse | 07/29/2016 to 07/31/2016 | 18.48 |
| 111. | | | |
| 112. | | | |

| | | |
|---|---|---:|
| **120.** | **GROSS AMOUNT DUE FROM BORROWER** | **2,320,767.18** |

### 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER

| | | |
|---|---|---:|
| 201. | Deposit or earnest money | 100,000.00 |
| 202. | Principal amount of new loan(s) | |
| 203. | Existing loan(s) taken subject to | |
| 204. | | |
| 205. | | |
| 206. | | |
| 207. | | |
| 208. | | |
| 209. | | |

**Adjustments for items unpaid by seller**

| | | | |
|---|---|---|---|
| 210. | City/town taxes | to | |
| 211. | County taxes | to | |
| 212. | School taxes | to | |
| 213. | | | |
| 214. | | | |
| 215. | | | |
| 216. | | | |
| 217. | | | |
| 218. | | | |
| 219. | | | |

| | | |
|---|---|---:|
| **220.** | **TOTAL PAID BY / FOR BORROWER** | **100,000.00** |

### 300. CASH AT SETTLEMENT FROM OR TO BORROWER

| | | |
|---|---|---:|
| 301. | Gross amount due from borrower (line 120) | 2,320,767.18 |

## K. SUMMARY OF SELLER'S TRANSACTION:

### 400. GROSS AMOUNT DUE TO SELLER

| | | |
|---|---|---:|
| 401. | Contract sales price | 2,180,000.00 |
| 402. | Personal property | |
| 403. | | |
| 404. | | |
| 405. | Tangible Assets | 70,000.00 |

**Adjustments for items paid by seller in advance**

| | | | |
|---|---|---|---:|
| 406. | City/town taxes | 07/29/2016 to 12/31/2016 | 906.82 |
| 407. | County taxes | 07/29/2016 to 12/31/2016 | 4,253.84 |
| 408. | School taxes | 07/29/2016 to 06/30/2017 | 33,110.99 |
| 409. | Sewer | 07/29/2016 to 09/30/2016 | 46.61 |
| 410. | Refuse | 07/29/2016 to 07/31/2016 | 18.48 |
| 411. | | | |
| 412. | | | |

| | | |
|---|---|---:|
| **420.** | **GROSS AMOUNT DUE TO SELLER** | **2,288,336.74** |

### 500. REDUCTIONS IN AMOUNT TO SELLER

| | | |
|---|---|---:|
| 501. | Excess Deposit (see instructions) | |
| 502. | Settlement charges to seller (line 1400) | 177,375.74 |
| 503. | Existing loans taken subject to | |
| 504. | Payoff of first mortgage loan | 1,897,017.68 |
| | Noble Opportunity Fund II, LP | |
| 505. | Payoff of second mortgage loan | |
| 506. | 2016 County & Twp. Taxes | 13,318.48 |
| 507. | 2016-17 School Tax | 35,862.05 |
| 508. | Payoff Tax Claim | 164,172.80 |
| 509. | Sewer Balance Due | 589.99 |

**Adjustments for items unpaid by seller**

| | | | |
|---|---|---|---|
| 510. | City/town taxes | to | |
| 511. | County taxes | to | |
| 512. | School taxes | to | |
| 513. | | | |
| 514. | Seller Proceeds to Trustee | | |
| 515. | | | |
| 516. | | | |
| 517. | | | |
| 518. | | | |
| 519. | | | |

| | | |
|---|---|---:|
| **520.** | **TOTAL REDUCTION AMOUNT DUE SELLER** | **2,288,336.74** |

### 600. CASH AT SETTLEMENT TO OR FROM SELLER

| | | |
|---|---|---:|
| 601. | Gross amount due to seller (line 420) | 2,288,336.74 |

Case 1:15-bk-03281-RNO  Doc 147  Filed 05/15/17  Entered 05/15/17 11:22:20  Desc
Main Document  Page 3 of 5

Case 1:15-bk-03281-RNO  Doc 116-1  Filed 08/04/16  Entered 08/04/16 15:37:07  Desc Exhibit Settlement Statement  Page 1 of 3

L. SETTLEMENT CHARGES:    File Number: T-25183

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ 2,250,000.00 @ 6.00 = 135,000.00 | | |
| | Division of commission (line 700) as follows: | | |
| 701. | $ 67,500.00 to ROCK Commercial Real Estate, LLC | | |
| 702. | $ 67,500.00 to Rotz Commercial Realty | | |
| 703. | Commission paid at Settlement | | 135,000.00 |
| 704. | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN    P.O.C. | | |
| 801. | Loan Origination Fee % | | |
| 802. | Loan Discount % | | |
| 803. | Appraisal fee to | | |
| 804. | Credit report to | | |
| 805. | Lender's inspection fee to | | |
| 806. | Mtg. ins. application fee to | | |
| 807. | Assumption fee to | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. | Interest from to @$ /day | | |
| 902. | Mortgage insurance premium to | | |
| 903. | Hazard insurance premium yrs. to | | |
| 904. | | | |
| 905. | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001. | Homeowner's insurance mo. @$ / mo. | | |
| 1002. | Mortgage insurance mo. @$ / mo. | | |
| 1003. | City property taxes mo. @$ / mo. | | |
| 1004. | County property taxes mo. @$ / mo. | | |
| 1005. | School taxes mo. @$ / mo. | | |
| 1006. | mo. @$ / mo. | | |
| 1007. | mo. @$ / mo. | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, School Taxes & Mortgage Ins | | |
| 1100. | TITLE CHARGES | | |
| 1101. | Settlement or closing fee to | | |
| 1102. | Abstract or title search to | | |
| 1103. | Title examination to | | |
| 1104. | Title insurance binder to | | |
| 1105. | Document preparation to Stock and Leader | 125.00 | |
| 1106. | Notary fees to Stock and Leader | 5.00 | |
| 1107. | Attorney's fees to CGA Law Firm | | 20,000.00 |
| | (includes above item No: ) | | |
| 1108. | Title insurance to Stock & Leader, Agent for Chicago | 9,415.40 | |
| | (includes above item No: ) | | |
| 1109. | Lender's title policy limit | | |
| 1110. | Owner's title policy limit 2,180,000.00 --- 9,415.40 | | |
| 1111. | PA 1031 Stock & Leader, Agent for Chicago | 941.54 | |
| 1112. | Reimb.- Tax Cert & Sewer Cert Stock and Leader | 40.00 | |
| 1113. | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. | Recording fees Deed $ 103.50 ; Mortgage $ ; Releases $ | 103.50 | |
| 1202. | City/county/stamps Deed $ 21,800.00 ; Mortgage $ | 21,800.00 | |
| 1203. | State tax/stamps Deed $ 21,800.00 ; Mortgage $ | | 21,800.00 |
| 1204. | | | |
| 1205. | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. | Survey to | | |
| 1302. | Pest inspection to | | |
| 1303. | Refuse Due Penn Waste, Inc. | | |
| 1304. | | | 575.74 |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |

SIGNATURE PAGE TO SETTLEMENT STATEMENT

WHITE DEER RUN, LLC

By: _/s/ CH_

Name: Christopher Howard

Title: VP & Secretary

Case 1:15-bk-03281-RNO    Doc 116-1    Filed 08/04/16    Entered 08/04/16 15:37:07    Desc Exhibit Settlement Statement    Page 3 of 3

Case 1:15-bk-03281-RNO    Doc 147    Filed 05/15/17    Entered 05/15/17 11:22:20    Desc Main Document    Page 5 of 5