# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
SHERRY L. STIPSAK,

**Debtor(s)**

FIRST NATIONAL BANK OF PENNSYLVANIA, AS SUCCESSOR BY MERGER TO METRO BANK,

**Plaintiff(s)/Movant(s)**

vs.

NOBEL OPPORTUNITY FUND II, LP, GIRL SCOUTS IN THE HEART OF PENNSYLVANIA, YORK COUNTY TAX CLAIM BUREAU, YORK TRADITIONS BANK, AND CHARLES J. DEHART, III ESQUIRE

**Defendant(s)/Respondent(s)**

CHAPTER 7

CASE NO. 1-15-bk-03281 RNO

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: _____

Document #: 144

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The parties are trying to resolve the matter, a thirty (30) day continuance is requested.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 6/23/2017

/s/ Vera N. Kanova

Attorney for First National Bank of Pennsylvania

Name: Vera N. Kanova

Phone Number: 717-232-5000

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.