IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
SHERRY L. STIPSAK                               :          Chapter 7
                                                :          Case No. 1-15-bk-03281 RNO
                                    Debtor      :
*********************************************************************
FIRST NATIONAL BANK OF                          :
PENNSYLVANIA, AS SUCCESSOR BY                   :
MERGER TO METRO BANK                            :
                                    Movant      :
                        v.                      :
NOBEL OPPORTUNITY FUND, II, LP                  :
GIRL SCOUTS IN HEART OF PA                      :
YORK COUNTY TAX CLAIM BUREAU                    :
YORK TRADITIONS BANK                            :
CHARLES DEPART, TRUSTEE                         :
                                Respondents     :

## ORDER APPOINTING MEDIATOR AND
## ASSIGNMENT TO MEDIATION

        After due consideration of the Request for Mediation filed to Docket No. 152, the Motion for an
Order Enforcing Order Approving Sale of Property, and the Answer thereto, is hereby assigned to the
following mediator:

Robert E. Chernicoff, Esquire
Cunningham and Chernicoff, PC
2320 North Second Street
Harrisburg, PA 17110
Phone: 717-238-6570
Fax: 717-238-4809
Email: rec@cclawpc.com

        The parties are ordered to comply with the provisions of Local Bankruptcy Rule 9019-2 for the
Middle District of Pennsylvania, to the extent practicable, provided the parties' principals and their
counsel may participate in the mediation telephonically.  L.B.R. 9019-2 can be found at
www.pamb.uscourts.gov.

        The report of the mediator shall be filed with the court within sixty (60) days of the date of this
Order.

        If, for any reason, the mediator cannot serve, he shall notify the court within ten (10) days of the
date of this appointment.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: August 16, 2017