```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 15-03281-RNO
Sherry L. Stipsak                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CGambini            Page 1 of 1            Date Rcvd: Aug 18, 2017
                              Form ID: pdf010           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
```
cr              +Nobel Opportunity Fund II, LP,    1817 Olde Homestead Lane,    Lancaster, PA 17601-6751
4735633         +GIRL SCOUTS IN THE HEART OF PA,    350 HALE AVENUE,    HARRISBURG, PA 17104-1518
4677561         +NEIL A. SLENKER, ESQ.,    SUSQUEHANNA COMMERCE CENTER EAST,    221 W. PHILADELPHIA ST, STE E600,
                  YORK, PA 17401-2991
4677593         +YORK COUNTY TAX CLAIM BUREAU,    28 EAST MARKET STREET,    ROOM 110,   YORK, PA 17401-1587
4677595         +YORK TRADITIONS BANK,    226 PAULINE DRIVE,    PO BOX 3658,   YORK, PA 17402-0136
4677594         +YORK TRADITIONS BANK,    235 ST. CHARLES WAY,    YORK, PA 17402-4636
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4735641         +E-mail/Text: kcm@yatb.com Aug 18 2017 19:04:46      YORK ADAMS TAX BUREAU*,    PO BOX 15627,
                  YORK, PA 17405-0156
                                                                                              TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kathryn Leanne Mason    on behalf of Creditor    First National Bank of PA klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Lawrence V. Young    on behalf of Debtor Sherry L. Stipsak lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              Matthew C Samley    on behalf of Creditor    Community First Fund mcs@trustmattersmost.com,
               paralegal@trustmattersmost.com
              Paul C Bametzreider    on behalf of Creditor    Synergy Employment Group, Inc.
               paulb@reillywolfson.com,    bhaase@reillywolfson.com
              Steven M. Carr    on behalf of Creditor    Nobel Opportunity Fund II, LP stevecarr8@comcast.net,
               njdodson@comcast.net
              Thomas I Puleo    on behalf of Creditor    Colonial Savings FA tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vera N Kanova    on behalf of Creditor    First National Bank of PA vnkanova@mette.com,
               smramsey@mette.com;r58230@notify.bestcase.com
                                                                                              TOTAL: 11
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>SHERRY L. STIPSAK<br>AKA SINCERELY YOURS PERSONAL CARE BOARDING HOME I<br>AKA SINCERELY YOURS PERSONAL CARE BOARDING HOME II<br>Debtor(s) | Chapter 13<br><br>Case Number: 1:15-bk-03281-RNO |
| FIRST NATIONAL BANK OF PENNSYLVANIA, AS SUCCESSOR BY MERGER TO METRO BANK<br>Movant(s) | |
| v<br>NOBEL OPPORTUNITY FUND II, LP,<br>GIRL SCOUTS IN THE HEART OF PENNSYLVANIA,<br>YORK COUNTY TAX CLAIM BUREAU,<br>YORK TRADITIONS BANK,<br>CHARLES J. DEHART, III, TRUSTEE<br>Respondent(s) | Document No.: 144<br><br>Nature of Proceeding: Motion for an Order Enforcing Order Approving Sale |

## ORDER TO CONTINUE

Upon consideration of the Request for Mediation regarding the Motion for an Order Enforcing Order Approving Sale,

**IT IS HEREBY ORDERED THAT** the Court sua sponte continues the hearing currently scheduled for August 24, 2017, to December 14, 2017, at 10:00 a.m. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, Third Floor, The Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

*Robert N. Opel II*
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Date: August 18, 2017

---

**Initial requests for a continuance of hearing** ( L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

**Requests to participate in a hearing telephonically** shall be made in accordance with L.B.R. 9074-1(a).

**Electronic equipment**, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

**Photo identification** is required upon entering.

MDPA-Order to Continue.WPT REV 03/16