IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : No. 1:15-03281-RNO |
|     SHERRY L. STIPSAK | : |
|                   Debtor | :     Chapter 7 |
| | |
| FIRST NATIONAL BANK OF | : |
| PENNSYLVANIA as Successor by | : |
| Merger to Metro Bank | : |
|                  Movant | : |
| | : |
|     v. | : |
| | : |
| NOBEL OPPORTUNITY FUND II, LP | : |
| GIRL SCOUTS IN HEART OF PA | : |
| YORK COUNTY TAX CLAIM | : |
| BUREAU, YORK TRADITIONS | : |
| BANK, CHARLES DeHART, | : |
| TRUSTEE | : |
|                Respondents | : |

**REQUEST OF MEDIATOR TO EXTEND TIME FOR MEDIATION**

    The Mediator, Robert E. Chernicoff, Esquire, contacted counsel for the parties. Because of various scheduling reasons, the mediation has not yet been held.

    It is requested that an additional sixty (60) days be allowed for the mediation to be conducted and for a report to be filed because, in part, of the unavailability of the Mediator for a period of time. All parties still wish to continue the mediation with the current Mediator.

                                          Respectfully submitted:

                                          CUNNINGHAM, CHERNICOFF
                                          & WARSHAWSKY, P.C.

                                          By:    /s/ Robert E. Chernicoff
                                                Robert E. Chernicoff, Esquire
                                                Attorney I.D. No. 23380
                                                2320 North Second Street
                                                P. O. Box 60457
                                                Harrisburg, PA 17106-0457
                                                (717) 238-6570

Date: October 20, 2017