IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : No. 1:15-03281-RNO |
| SHERRY L. STIPSAK | : |
| Debtor | : Chapter 7 |
| | |
| FIRST NATIONAL BANK OF | : |
| PENNSYLVANIA as Successor by | : |
| Merger to Metro Bank | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| NOBEL OPPORTUNITY FUND II, LP | : |
| GIRL SCOUTS IN HEART OF PA | : |
| YORK COUNTY TAX CLAIM | : |
| BUREAU, YORK TRADITIONS | : |
| BANK, CHARLES DeHART, | : |
| TRUSTEE | : |
| Respondents | : |

## ORDER

Upon consideration of the Request of Mediator to Extend Time for Mediation, it is

**HEREBY ORDERED** that the period within which Mediation is to take place is hereby

extended by a period of sixty (60) days from the date of this Order.