```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                            Case No. 15-03281-RNO
Sherry L. Stipsak                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CGambini           Page 1 of 1           Date Rcvd: Oct 26, 2017
                              Form ID: pdf010          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2017.

```
cr            +Nobel Opportunity Fund II, LP,   1817 Olde Homestead Lane,   Lancaster, PA 17601-6751
md            +Robert E Chernicoff,   2320 North Second Street,   Harrisburg, PA 17110-1008
4735633       +GIRL SCOUTS IN THE HEART OF PA,   350 HALE AVENUE,   HARRISBURG, PA 17104-1518
4677593       +YORK COUNTY TAX CLAIM BUREAU,   28 EAST MARKET STREET,   ROOM 110,   YORK, PA 17401-1587
4677595       +YORK TRADITIONS BANK,   226 PAULINE DRIVE,   PO BOX 3658,   YORK, PA 17402-0136
4677594       +YORK TRADITIONS BANK,   235 ST. CHARLES WAY,   YORK, PA 17402-4636
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2017 at the address(es) listed below:

```
          James  Warmbrodt    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kathryn Leanne Mason    on behalf of Creditor    First National Bank of PA klm@jsdc.com,
           cls@jsdc.com;eaf@jsdc.com
          Lawrence V. Young    on behalf of Debtor 1 Sherry L. Stipsak lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
          Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Matthew C Samley    on behalf of Creditor    Community First Fund mcs@trustmattersmost.com,
           paralegal@trustmattersmost.com
          Paul C Bametzreider    on behalf of Creditor    Synergy Employment Group, Inc.
           paulb@reillywolfson.com,   pbaylor@reillywolfson.com
          Robert E Chernicoff    on behalf of Mediator Robert E Chernicoff rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Steven M. Carr    on behalf of Creditor    Nobel Opportunity Fund II, LP stevecarr8@comcast.net,
           njdodson@comcast.net
          Thomas I Puleo    on behalf of Creditor    Colonial Savings FA tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vera N Kanova    on behalf of Creditor    First National Bank of PA vnkanova@mette.com,
           smramsey@mette.com;r58230@notify.bestcase.com
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　　SHERRY L. STIPSAK<br>　　　　　Debtor | :<br>:<br>: | No. 1:15-03281-RNO<br><br>Chapter 7 |
| FIRST NATIONAL BANK OF<br>PENNSYLVANIA as Successor by<br>Merger to Metro Bank<br>　　　　　Movant<br><br>　　　　v.<br><br>NOBEL OPPORTUNITY FUND II, LP<br>GIRL SCOUTS IN HEART OF PA<br>YORK COUNTY TAX CLAIM<br>BUREAU, YORK TRADITIONS<br>BANK, CHARLES DeHART,<br>TRUSTEE<br>　　　　　Respondents | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

**ORDER**

Upon consideration of the Request of Mediator to Extend Time for Mediation, it is

**HEREBY ORDERED** that the period within which Mediation is to take place is hereby extended by a period of sixty (60) days from the date of this Order.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: October 26, 2017