IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : No. 1:15-03281-RNO |
|     SHERRY L. STIPSAK | : |
|         Debtor | :     Chapter 7 |
| | |
| FIRST NATIONAL BANK OF PENNSYLVANIA as Successor by Merger to Metro Bank | : |
|         Movant | : |
| | : |
| v. | : |
| | : |
| NOBEL OPPORTUNITY FUND II, LP GIRL SCOUTS IN HEART OF PA YORK COUNTY TAX CLAIM BUREAU, YORK TRADITIONS BANK, CHARLES DeHART, TRUSTEE | : |
|         Respondents | : |

## REPORT OF MEDIATOR

Mediation was held on November 29, 2017. No resolution occurred. The matter should be moved along as to a hearing.

        Respectfully submitted:

        CUNNINGHAM, CHERNICOFF
        & WARSHAWSKY, P.C.

        By: /s/ Robert E. Chernicoff
        Robert E. Chernicoff, Esquire
        Attorney I.D. No. 23380
        2320 North Second Street
        P. O. Box 60457
        Harrisburg, PA 17106-0457
        (717) 238-6570

Date: December 1, 2017