# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** SHERRY L. STIPSAK aka SINCERELY YOURS PERSONAL CARE BOARDING HOME I aka SINCERELY YOURS PERSONAL CARE BOARDING HOME II | : : : : : : | **CHAPTER** 13 **CASE NO.** 1-15-bk-03281RNO |
| **Debtor(s)** FIRST NATIONAL BANK OF PA, AS SUCCESSORY BY MERGER TO METRO BANK | : : : : : | **ADVERSARY NO.** __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. NOBEL OPPORTUNITY FUND, II, LP, GIRL SCOUTS IN THE HEART OF PA YORK COUNTY TAX CLAIM BUREAU YORK TRADITIONS BANK, CHARLES J, DEHART, III, TRUSTEE | : : : : : : : : | **Nature of Proceeding:** Motion for an Order enforcing order approving sale |
| **Defendant(s)/Respondent(s)** | : | **Document #:** 144, 148, 150 & 154 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Need additional 45 days for witnesses to become available.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 12/5/17

/s/Steven M. Carr

Attorney for Nobel Opportunity II, LP

Name: Steven M. Carr, Esquire

Phone Number: 717-843-8968

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.