```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 15-03281-RNO
Sherry L. Stipsak                                              Chapter 7
         Debtor                 CERTIFICATE OF NOTICE
District/off: 0314-1      User: CGambini         Page 1 of 1       Date Rcvd: Dec 05, 2017
                          Form ID: pdf010        Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
```
db         +Sherry L. Stipsak,     830 Clare Lane,    York, PA 17402-4316
cr         +Nobel Opportunity Fund II, LP,    1817 Olde Homestead Lane,    Lancaster, PA 17601-6751
4735633    +GIRL SCOUTS IN THE HEART OF PA,    350 HALE AVENUE,    HARRISBURG, PA 17104-1518
4677593    +YORK COUNTY TAX CLAIM BUREAU,    28 EAST MARKET STREET,    ROOM 110,   YORK, PA 17401-1587
4677594    +YORK TRADITIONS BANK,    235 ST. CHARLES WAY,    YORK, PA 17402-4636
4677595    +YORK TRADITIONS BANK,    226 PAULINE DRIVE,    PO BOX 3658,    YORK, PA 17402-0136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4735640     E-mail/Text: kcm@yatb.com Dec 05 2017 19:15:42     YORK ADAMS TAX BUREAU,    1405 N. DUKE STREET,
              PO BOX 15627,    YORK, PA 17405-0156
4735641    +E-mail/Text: kcm@yatb.com Dec 05 2017 19:15:42     YORK ADAMS TAX BUREAU*,    PO BOX 15627,
              YORK, PA 17405-0156
                                                                                              TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
              NEIL A SLENKER ESQ,    SUSQUEHANNA COMMERCE CENTER,    EAST 221 W PHILADELPHIA ST STE E600 YORK
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
```
          James Warmbrodt    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kathryn Leanne Mason    on behalf of Creditor    First National Bank of PA klm@jsdc.com,
           cls@jsdc.com;eaf@jsdc.com
          Lawrence V. Young    on behalf of Debtor 1 Sherry L. Stipsak lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
           m
          Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Matthew C Samley    on behalf of Creditor    Community First Fund mcs@trustmattersmost.com,
           paralegal@trustmattersmost.com
          Paul C Bametzreider    on behalf of Creditor    Synergy Employment Group, Inc.
           paulb@reillywolfson.com,    pbaylor@reillywolfson.com
          Robert E Chernicoff    on behalf of Mediator Robert E Chernicoff rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Steven M. Carr    on behalf of Creditor    Nobel Opportunity Fund II, LP stevecarr8@comcast.net,
           njdodson@comcast.net
          Thomas I Puleo    on behalf of Creditor    Colonial Savings FA tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vera N Kanova    on behalf of Creditor    First National Bank of PA vnkanova@mette.com,
           smramsey@mette.com;r58230@notify.bestcase.com
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SHERRY L. STIPSAK | : | CASE NO. 1-15-03281RNO |
| aka SINCERELY YOURS PERSONAL CARE BOARDING HOME I | : | |
| aka SINCERELY YOURS PERSONAL CARE BOARDING HOME II | : | |
| Debtor | : | |
| | : | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, AS SUCCESSOR BY MERGER TO METRO BANK | : | Nature of Proceeding: Motion for an Order enforcing Order approving sale |
| Movant | : | |
| | : | |
| NOBEL OPPORTUNITY FUND, II, LP, | : | Document #: 144, 148, 150 & 154 |
| GIRL SCOUTS IN THE HEART OF PENNSYLVANIA, | : | |
| YORK COUNTY TAX CLAIM BUREAU | : | |
| YORK TRADITIONS BANK | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
| Respondents | : | |

## ORDER APPROVING
## MOTION TO CONTINUE HEARING

UPON CONSIDERATION of the Motion filed by Counsel for Nobel Opportunity Fund, II, LP, the hearing scheduled for December 14, 2017 shall be continued to February 22, 2018, at 10:00 a.m. at 3rd & Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, Pennsylvania.

Dated: December 05, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)