# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| SHERRY L. STIPSAK, | : | Case No. 1:15-bk-03281 (RNO) |
| | : | |
| Debtor | : | |
| | : | |
| | : | |
| | : | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of York Traditions Bank ("YTB"), secured creditor, and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

>Neil A. Slenker, Esq.
>Stock and Leader, LLP
>221 W. Philadelphia St., Suite E600
>York, PA  17401
>(717) 846-9800
>(717) 843-6134
>e-mail: nslenker@stockandleader.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal,

0462313-

written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive YTB's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which YTB is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupements expressly are hereby reserved.

Dated: 1/12/2018     STOCK AND LEADER, LLP

/s/ Neil A. Slenker
Neil A. Slenker
Susquehanna Commerce Center
221 W. Philadelphia St., Suite E600
York, PA 17401
(717) 846-9800 (Phone)
(717) 843-6134 (Fax)

Counsel for York Traditions Bank

0462313-

| IN RE: | : | Chapter 7 |
| --- | --- | --- |
| | : | |
| SHERRY L. STIPSAK, | : | Case No. 1:15-bk-03281 (RNO) |
| | : | |
| Debtor | : | |
| | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on **January 12, 2018**, I served a copy of the **Entry of Appearance** on the following parties in this matter:

| **Name and Address** | **Mode of Service** |
| --- | --- |
| Lawrence V. Young, Esquire<br>135 N. George St.<br>York, PA  17401 | Electronic Service |
| Steven M. Carr, Esquire (Trustee)<br>119 E. Market St.<br>York, PA  17401 | Electronic Service |

I certify under penalty of perjury that the foregoing is true and correct.

Date:  1/12/2018  　　　　　　　　　　　Name:  s/Neil A. Slenker, Esquire

　　　　　　　　　　　　　　　　　　　　Address: 221 W. Philadelphia St., Suite E600

　　　　　　　　　　　　　　　　　　　　　　　York, PA  17401-2994

0462313-