```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                               Case No. 15-03281-RNO
Sherry L. Stipsak                                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: CGambini              Page 1 of 1                Date Rcvd: Jan 12, 2018
                               Form ID: trc                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
4797983        Colonial National Mortgage,    2626 B West Freeway,    Fort Worth, TX 76102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kathryn Leanne Mason    on behalf of Creditor    First National Bank of PA klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Lawrence V. Young    on behalf of Debtor 1 Sherry L. Stipsak lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              Matthew C Samley    on behalf of Creditor    Community First Fund mcs@trustmattersmost.com,
               paralegal@trustmattersmost.com
              Neil A Slenker    on behalf of Creditor    York Traditions Bank nslenker@stockandleader.com,
               gignudo@stockandleader.com;mridings@stockandleader.com
              Paul C Bametzreider    on behalf of Creditor    Synergy Employment Group, Inc.
               paulb@reillywolfson.com,    pbaylor@reillywolfson.com
              Robert E Chernicoff    on behalf of Mediator Robert E Chernicoff rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Steven M. Carr    on behalf of Creditor    Nobel Opportunity Fund II, LP stevecarr8@comcast.net,
               njdodson@comcast.net
              Thomas I Puleo    on behalf of Creditor    Colonial Savings FA tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vera N Kanova    on behalf of Creditor    First National Bank of PA vnkanova@mette.com,
               smramsey@mette.com;r58230@notify.bestcase.com
                                                                                             TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-03281-RNO
Chapter 7

In re: Debtor(s) (including Name and Address)

Sherry L. Stipsak
830 Clare Lane
York PA 17402

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/12/2018.

Name and Address of Alleged Transferor(s):

Claim No. 21: Colonial National Mortgage, 2626 B West Freeway, Fort Worth, TX 76102

Name and Address of Transferee:

York Traditions Bank
226 Pauline Dr.
PO Box 3658
York, PA 17402

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/14/18

Terrence S. Miller
**CLERK OF THE COURT**