```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 15-03281-RNO
Sherry L. Stipsak                                              Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: CGambini              Page 1 of 1               Date Rcvd: Feb 21, 2018
                              Form ID: pdf010             Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db             +Sherry L. Stipsak,    830 Clare Lane,     York, PA 17402-4316
               +Nobel Opportunity Fund II LP,    1817 Olde Homestead Lane,     Lancaster, PA 17601-6751
4735633        +GIRL SCOUTS IN THE HEART OF PA,    350 HALE AVENUE,     HARRISBURG, PA 17104-1518
4677593        +YORK COUNTY TAX CLAIM BUREAU,     28 EAST MARKET STREET,    ROOM 110,   YORK, PA 17401-1587
4677594        +YORK TRADITIONS BANK,    235 ST. CHARLES WAY,    YORK, PA 17402-4636
5010470        +York Traditions Bank,    226 Pauline Dr.,     PO Box 3658,    York, PA 17402-0136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4735640         E-mail/Text: kcm@yatb.com Feb 21 2018 18:59:14      YORK ADAMS TAX BUREAU,     1405 N. DUKE STREET,
                 PO BOX 15627,    YORK, PA 17405-0156
4735641        +E-mail/Text: kcm@yatb.com Feb 21 2018 18:59:14      YORK ADAMS TAX BUREAU*,     PO BOX 15627,
                 YORK, PA 17405-0156
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kathryn Leanne Mason    on behalf of Creditor    First National Bank of PA klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Lawrence V. Young    on behalf of Debtor 1 Sherry L. Stipsak lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              Matthew C Samley    on behalf of Creditor    Community First Fund mcs@trustmattersmost.com,
               paralegal@trustmattersmost.com
              Neil A Slenker    on behalf of Creditor    York Traditions Bank nslenker@stockandleader.com,
               gignudo@stockandleader.com;mridings@stockandleader.com
              Paul C Bametzreider    on behalf of Creditor    Synergy Employment Group, Inc.
               paulb@reillywolfson.com,    pbaylor@reillywolfson.com
              Robert E Chernicoff    on behalf of Mediator Robert E Chernicoff rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Steven M. Carr    on behalf of Creditor    Nobel Opportunity Fund II, LP stevecarr8@comcast.net,
               njdodson@comcast.net
              Thomas I Puleo    on behalf of Creditor    Colonial Savings FA tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vera N Kanova    on behalf of Creditor    First National Bank of PA vnkanova@mette.com,
               smramsey@mette.com;r58230@notify.bestcase.com
                                                                                              TOTAL: 13
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| SHERRY L. STIPSAK | : | |
| aka SINCERELY YOURS PERSONAL | : | Case No. 1-15-bk-03281 RNO |
| CARE BOARDING HOME I | : | |
| aka SINCERELY YOURS PERSONAL | : | |
| CARE BOARDING HOME II | : | |
|     Debtor | : | |
| | : | |
| FIRST NATIONAL BANK OF PA, AS | : | |
| SUCCESSOR BY MERGER TO METRO | : | |
| BANK | : | |
|     Movant | : | |
| | : | |
| vs | : | |
| | : | |
| NOBEL OPPORTUNITY FUND, II, LP, | : | |
| GIRL SCOUTS IN THE HEART OF PA | : | |
| YORK COUNTY TAX CLAIM BUREAU | : | |
| YORK TRADITIONS BANK, | : | |
| LEON P. HALLER, TRUSTEE | : | |
|     Respondents | : | |

## ORDER GRANTING
## AMENDED MOTION TO CONTINUE HEARING

UPON CONSIDERATION of the Motion filed by First National Bank of Pennsylvania, as successor by merger to Metro Bank, the hearing scheduled for February 22, 2018, shall be continued to April 26, 2018 at 10:00 a.m. at 3rd & Walnut Streets, Bankruptcy Courtroom (3rd Floor), Ronald Reagan Federal Building, Harrisburg, Pennsylvania.

Dated: February 21, 2018

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)

1188638v1