IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| SHERRY L. STIPSAK : | |
| aka SINCERELY YOURS PERSONAL : | |
| CARE BOARDING HOME I : | Chapter 7 |
| aka SINCERELY YOURS PERSONAL : | |
| CARE BOARDING HOME II : | Case No. 1-15-bk-03281 RNO |
|     Debtor : | |
| : | |
| FIRST NATIONAL BANK OF PA, AS : | |
| SUCCESSOR BY MERGER TO METRO : | |
| BANK : | |
|     Movant : | |
| : | |
|   vs : | |
| : | |
| NOBEL OPPORTUNITY FUND, II, LP, : | |
| GIRL SCOUTS IN THE HEART OF PA : | |
| YORK COUNTY TAX CLAIM BUREAU : | |
| YORK TRADITIONS BANK, : | |
| LEON P. HALLER, TRUSTEE : | |
|     Respondents : | |

**WITHDRAWAL OF MOTION FOR AN ORDER
ENFORCING ORDER APPROVING SALE OF PROPERTY**

The Withdrawal of First National Bank of Pennsylvania, as successor by merger to Metro Bank, ("Movant"), by and through its attorney, Mette, Evans & Woodside, of its Motion for an Order Enforcing Order Approving Sale of Property is as follows:

1. Movant filed its Motion for an Order Enforcing Order Approving Sale of Property on May 8, 2017 (the "Motion").

2. Nobel Opportunity Fund, II, LP, ("Nobel") filed an answer thereto on June 1, 2017.

3. Nobel was the only respondent that filed a answer to the Motion.

4. A hearing on the Motion was scheduled for June 29, 2017. By agreement of the parties, and to allow time for mediation and gathering of witnesses, the hearing was continued to August 24, 2017, then to December 14, 2017, then to February 22, 2018 and then to April 26, 2018.

5. Movant requests that its Motion be withdrawn.

6. Movant has obtained concurrence for the withdrawal of the Motion from Nobel and from the Chapter 7 Trustee.

WHEREFORE, the Movant, with the concurrence of Nobel and the Chapter 7 Trustee respectfully requests that this Court mark the Movant's Motion for an Order Enforcing Order Approving Sale of Property as withdrawn.

Respectfully submitted,

METTE, EVANS & WOODSIDE

By: */s/ Vera N. Kanova*
_____
Vera N. Kanova, Esquire
Sup. Ct. I.D. No. 316676

3401 North Front Street
P. O. Box 5950
Harrisburg, PA 17110-0950
(717) 232-5000 - Phone
(717) 236-1816 - Fax

Attorneys for Movant

Date: April 12, 2018

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| SHERRY L. STIPSAK : | |
| aka SINCERELY YOURS PERSONAL : | |
| CARE BOARDING HOME I : | Chapter 7 |
| aka SINCERELY YOURS PERSONAL : | |
| CARE BOARDING HOME II : | Case No. 1-15-bk-03281 RNO |
|     Debtor : | |
| : | |
| FIRST NATIONAL BANK OF PA, AS : | |
| SUCCESSOR BY MERGER TO METRO : | |
| BANK : | |
|     Movant : | |
| : | |
|   vs : | |
| : | |
| NOBEL OPPORTUNITY FUND, II, LP, : | |
| GIRL SCOUTS IN THE HEART OF PA : | |
| YORK COUNTY TAX CLAIM BUREAU : | |
| YORK TRADITIONS BANK, : | |
| LEON P. HALLER, TRUSTEE : | |
|     Respondents : | |

## CERTIFICATE OF SERVICE

I, Vera N. Kanova, hereby certify that a true and correct copy of the Motion to Continue Hearing With Concurrence on Motion for an Order Enforcing Order Approving Sale Of Property was served on April 12, 2018 as indicated below:

<u>Via CM/ECF:</u>

Leon P. Haller (Trustee)
Purcell, Krug and Haller
1719 North Front Street
Harrisburg PA 17102

Lawrence V. Young, Esquire
CGA Law Firm
135 North George Street
York PA 17401
Attorney for Debtor

Steven M. Carr, Esquire
119 E. Market Street
York PA 17401
Attorney for Nobel Opportunity Fund II, LP

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg PA 17101

<u>Via First Class Mail:</u>

Girl Scouts in the Heart of Pennsylvania
350 Hale Ave.
Harrisburg PA 17104-1518

York County Tax Claim Bureau
PO Box 15627
York PA 17405-0156

York Traditions Bank
235 St. Charles Way
York PA 17402-4636

                              METTE, EVANS & WOODSIDE

                              */s/ Vera N. Kanova*

By:   _____
        Vera N. Kanova, Esquire
        Sup. Ct. I.D. No. 316676
        3401 North Front Street
        P. O. Box 5950
        Harrisburg, PA  17110-0950
        (717) 232-5000 - Phone
        (717) 236-1816 - Fax
        Attorneys for Movant

Date:   April 12, 2018