**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| SHERRY L. STIPSAK | : | |
|     Debtors | : | Case No.: 1:15-03281-RNO |

**WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Vera N. Kanova, Esquire as counsel for Creditor, **FNB Bank,** in the above-captioned matter.

                Respectfully submitted,

                METTE, EVANS & WOODSIDE

                *s/ Vera N. Kanova*

Date: April 16, 2018    By: _____
                Vera N. Kanova, Esquire
                3401 N. Front Street
                Harrisburg, PA 17110
                Telephone: (717) 232-5000

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE UNDER**
**BANKRUPTCY RULES 9010, 2002 AND 9007**

PLEASE TAKE NOTICE that the undersigned appears for **FNB Bank,** Creditor in the above stated case, and pursuant to Bankruptcy Rules 2002, 9007, and 9010, requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned, at the address hereinafter stated.

THE UNDERSIGNED REQUESTS THAT an entry be made on the Clerk's Matrix system to include the undersigned's name and address for mailing notices.

PLEASE TAKE FURTHER NOTICE, that pursuant to the foregoing Bankruptcy Rules, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices on any application, motion,

petition, pleading, request, complaints or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the rights and obligations of the above referenced creditor, property or proceedings thereof which the Debtor may claim or assert an interest in, in any way, or which require or seek to require any act, delivery of any property, payment or other conduct by said Debtor. Please serve all notices as follows:

> Melanie L. Vanderau, Esquire
> Mette, Evans & Woodside
> 3401 N Front St, PO Box 5950
> Harrisburg, PA 17110-0950

Respectfully submitted,

METTE, EVANS & WOODSIDE

Date: April 16, 2018  By: *s/ Melanie L. Vanderau*
Melanie L. Vanderau, Esquire
3401 N. Front Street
Harrisburg, PA 17110
Telephone: (717) 232-5000

1050200v1