```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                Case No. 15-03281-RNO
Sherry L. Stipsak                                                     Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: admin              Page 1 of 1            Date Rcvd: Apr 16, 2018
                              Form ID: fnldecac        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
db         +Sherry L. Stipsak,    830 Clare Lane,    York, PA 17402-4316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com
      Joshua I Goldman    on behalf of Creditor    Colonial Savings FA bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kathryn Leanne Mason    on behalf of Creditor    First National Bank of PA klm@jsdc.com, cls@jsdc.com;eaf@jsdc.com
      Lawrence V. Young    on behalf of Debtor 1 Sherry L. Stipsak lyoung@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com
      Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
      Matthew C Samley    on behalf of Creditor    Community First Fund mcs@trustmattersmost.com, paralegal@trustmattersmost.com
      Neil A Slenker    on behalf of Creditor    York Traditions Bank nslenker@stockandleader.com, gignudo@stockandleader.com;mridings@stockandleader.com
      Paul C Bametzreider    on behalf of Creditor    Synergy Employment Group, Inc. paulb@reillywolfson.com, pbaylor@reillywolfson.com
      Robert E Chernicoff    on behalf of Mediator Robert E Chernicoff rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
      Steven M. Carr    on behalf of Creditor    Nobel Opportunity Fund II, LP stevecarr8@comcast.net, njdodson@comcast.net
      Thomas I Puleo    on behalf of Creditor    Colonial Savings FA tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      Vera N Kanova    on behalf of Creditor    First National Bank of PA vnkanova@mette.com, smramsey@mette.com;r58230@notify.bestcase.com
                                                                                                                                                                                          TOTAL: 13

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Sherry L. Stipsak  
aka Sincerely Yours Personal Care Boarding Home I,  
aka Sincerely Yours Personal Care Boarding Home II  
830 Clare Lane  
York, PA 17402

Chapter 7  
Case No. 1:15−bk−03281−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−6685

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: April 13, 2018

BY THE COURT  
By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk